AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>DEMARCUS DANIELS<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)    3:20-mj-1232-JBT<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 24, 2020__ in the county of __Columbia__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank Robbery |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*
Joshua A. McLeod, Special Agent (FBI)
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d).

Date: 02 July 2020

_____
*Judge's signature*
Joel B. Toomey, U.S. Magistrate Judge
*Printed name and title*

City and state: Jacksonville, Florida

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Joshua A. McLeod, being duly sworn, depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been since January 2016. After completing FBI Academy training, I was assigned to the FBI San Juan Division. I am presently assigned to the FBI Jacksonville Division - Violent Crime Major Offenders Squad, which investigates violations of federal laws.

2. I am an investigative or law enforcement officer of the United States and am thus empowered by law to conduct investigations of, and to make arrests for, violations of Federal Statutes, including violations of 18 U.S.C. § 2113(a), which makes it a federal crime to commit a bank robbery, *i.e.*, to take or attempt to take, by force and violence, or by intimidation, from the person or presence of another, any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association.

3. I submit this affidavit in support of the attached criminal complaint against DEMARCUS DANIELS ("DANIELS"). For the reasons

set forth below, there is probable cause to believe that on June 24, 2020, DANIELS committed bank robbery, in violation of 18 U.S.C. § 2113(a), at the Ameris Bank located at 355 SW Bentley Place, Lake City, Florida 32025.

4. This affidavit is based upon information I have gained from my investigation, my training and experience, as well as information received from others, including law enforcement officers. I have not included every fact known to me concerning this investigation, and, instead, I have submitted only those facts and circumstances that I believe establish probable cause in support of the requested criminal complaint. The source of my information and the grounds for this belief are as follows:

### Statement of Probable Cause

5. All events described below occurred within the Middle District of Florida.

*A. Summary*

6. The FBI and the Lake City Police Department (LCPD) jointly investigated a bank robbery that occurred within the Middle District of Florida on June 24, 2020. Based on this investigation, I have probable cause to believe that DANIELS was responsible for the robbery.

### B. Robbery

7. On June 24, 2020, I was assigned to assist LCPD with an investigation into a robbery at the Ameris Bank located at 355 SW Bentley Place, Lake City, Florida 32025 (the "Bank"). I have spoken to other investigators, reviewed the investigative reports, and conducted interviews of DANIELS and witnesses, and learned the following:

   a. On June 24, 2020, at approximately 8:30 a.m., Ameris Bank employees S.P. and M.B. arrived at the Bank to open for the day, having carpooled together in M.B.'s vehicle. Pursuant to their security protocol, S.P. approached the front door of the bank to unlock it and disarm the bank's alarm system, while M.B. remained in her car. As S.P. unlocked the door and entered the bank, an individual wearing a surgical mask and a hooded sweatshirt – later identified as DANIELS – emerged from the bushes near the Bank's entrance and entered the Bank immediately behind her. DANIELS produced a pistol, pointed it at S.P., and demanded to be taken to the ATM. S.P. advised him that the ATM was outside. DANIELS then demanded that S.P. take him to the Bank's safe and open it. S.P. complied, and after she opened the safe, DANIELS removed approximately $310,200 in United States currency from the safe, placing it into a white plastic bag. DANIELS also

3

took S.P.'s coin purse and keys. After the Bank's alarm activated, DANIELS ordered S.P. to disarm it, but then told her to stop when she attempted to do so.

b. DANIELS then ordered S.P. to come outside the Bank with him. Once outside, DANIELS asked S.P. where her car was. S.P. advised him that she did not have a car. DANIELS then approached the vehicle where M.B. was still sitting in the driver's seat and attempted to enter it. M.B. – who had already called the police, after observing DANIELS enter the Bank after S.P. – was able to drive away. DANIELS then fled the Bank on foot, toward a wooded area nearby. While running, cash fell out of DANIELS's white plastic bag. DANIELS stopped to pick up some of the money, but left approximately $170,500 on the ground.

c. A third Ameris Bank employee, D.S., had arrived by this time, and observed DANIELS enter the nearby wooded area. She then observed DANIELS putting what she believed to be money into a red duffel bag, and then run out of the wooded area toward the parking lot of a nearby dental practice. Other witnesses also observed DANIELS in the dental practice parking lot, hiding behind a dumpster.

4

      d.      LCPD responded to the scene, and located DANIELS hiding behind the dumpster of the dental practice at 1788 SW Barnett Way, Lake City, FL. LCPD officers ordered DANIELS to come out from behind the dumpster, and he refused, stating in sum and substance that he "did it for [his] family" and that he needed to talk to someone. An LCPD officer then deployed a taser on DANIELS, and he was taken into custody. As the officers took him into custody, DANIELS repeated that he had done "it" for his family, and asked that the officers shoot him rather than take him to jail.

      e.      LCPD officers searched DANIELS incident to arrest, and recovered S.P.'s keys and change purse from his pocket. LCPD officers also processed the scene where DANIELS was arrested, and found a hooded sweatshirt, a loaded CZ VZOR 50 .32 ACP caliber semi-automatic pistol, and a red duffel bag containing approximately $139,700.

      f.      LCPD detectives interviewed DANIELS after advising him of his constitutional rights. DANIELS initially advised that his name was "Devin," but refused to provide his full name, and provided a date of birth and social security number which later turned out to be fictitious when verification was attempted through national databases. DANIELS admitted to robbing the bank, stating that he had done so to support his family.

g. Task Force Officer Butch Misener and I also interviewed DANIELS. DANIELS again admitted to robbing the bank, but stated that he did it because he had expenses related to necessary dental work, car repairs, and other bills. He advised that his name was "Devin Holloway," and provided the same fictitious date of birth as well as other false background information.

*C. Identification of Demarcus Daniels*

8. After the conclusion of the interview, DANIELS was transported to the Columbia County Sheriff's Office Jail. During the booking process, as officers were attempting to take DANIELS's fingerprints, DANIELS tried to escape by running away from officers into the sally port area and trying to enter a marked patrol car. DANIELS was taken back into custody. Officers subsequently took DANIELS's fingerprints, and identified him through the "RAPID ID" system (a fingerprint comparison and identification tool) as being Demarcus Jabre Daniels.

9. Based on my review of DANIELS's Alabama driver's license photograph obtained through the National Crime Information Center/National Law Enforcement Telecommunications System database, I

believe that DANIELS is the individual I interviewed after his arrest in connection with the bank robbery on June 24, 2020.

10. I have verified that the Ameris Bank in Lake City, Florida is federally insured by the Federal Deposit Insurance Corporation.

11. Based on the foregoing facts, I have probable cause to believe that on or about June 24, 2020, DEMARCUS DANIELS did knowingly commit bank robbery, in violation of 18 U.S.C. § 2113(a). Therefore, I respectfully request that the Court approve the attached criminal complaint and issue an arrest warrant.

JOSHUA A. MCLEOD
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this *over the telephone* JAT
02ND day of July, 2020, at Jacksonville, Florida.

JOEL B. TOOMEY
United States Magistrate Judge

7