United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA,

     *Plaintiff,*

v.                                        NO. 3:20-cr-90-J-32PDB

DEMARCUS DANIELS,

     *Defendant.*

## Order

The United States moves for an order requiring Demarcus Daniels to submit to a blood sample or, if necessary, allowing the Federal Bureau of Prisons to forcibly obtain a blood sample from him using the least amount of force possible. Doc. 34. The United States explains the sample will be used only to determine the presence, if any, of HIV, hepatitis-B, hepatitis C, or other bloodborne pathogens to begin any necessary preventative treatments on a staff member exposed to Daniels's blood through an accidental needle prick while administering insulin to him and to manage any exposure to others. Doc. 34 at 2–3. Defense counsel has no objection. Doc. 34 at 3.

Finding the requested relief reasonable under the circumstances, the Court **grants** the motion and **orders** the defendant to submit to a blood sample. If he continues to refuse, the Federal Bureau of Prisons may forcibly obtain a blood sample from him using the least amount of force possible. The sample may be used only for the limited purposes described.

**Ordered** in Jacksonville, Florida, on October 15, 2020.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:      David Mesrobian, Assistant United States Attorney
           Mark Rosenblum, Assistant Federal Defender
           Lisa Call, Assistant Federal Defender
           United States Pretrial Services Office
           United States Marshal